CLOSED,DISCREF,LC–1,TRANSF

# U.S. District Court
## U.S. District Court for the Northern District of Oklahoma (Tulsa)
### CIVIL DOCKET FOR CASE #: 4:19–cv–00131–CVE–JFJ

| | |
|---|---|
| County Commission of Okmulgee County, Oklahoma, The v. Purdue Pharma, L.P. et al<br>Assigned to: Judge Claire V Eagan<br>Referred to: Magistrate Judge Jodi F Jayne<br>Cause: MDL 2804 National Prescription Opiate Litigation | Date Filed: 03/11/2019<br>Date Terminated: 03/28/2019<br>Jury Demand: Plaintiff<br>Nature of Suit: 367 Personal Injury: Health Care/Pharmaceutical Personal Injury Product Liability<br>Jurisdiction: Diversity |

**Plaintiff**

| | | |
|---|---|---|
| **County Commission of Okmulgee County, Oklahoma, The** | represented by | **Bradford D Barron**<br>Barron Law Firm PLLC<br>PO BOX 369<br>CLAREMORE, OK 74018<br>918–341–8402<br>Fax: 918–515–4691<br>Email: bbarron@barronlawfirmok.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**James Dennis Young**<br>Morgan & Morgan (Jacksonville)<br>76 S LAURA ST STE 1100<br>JACKSONVILLE, FL 32202<br>904–398–2722<br>Fax: 904–366–7677<br>Email: jyoung@forthepeople.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kenneth Bryce Privett**<br>P O BOX 97<br>PAWNEE, OK 74058<br>918–762–2705<br>Fax: 918–762–2705<br>Email: kprivett@sbcglobal.net<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Zachary T Barron**<br>Barron Law Firm PLLC<br>PO BOX 369<br>CLAREMORE, OK 74018<br>918–341–8402<br>Fax: 918–515–4691<br>Email: zbarron@barronlawfirmok.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

Purdue Pharma, L.P.

**Defendant**

Purdue Pharma, Inc.

**Defendant**

Purdue Frederick Company, Inc., The

**Defendant**

Teva Pharmaceutical Industries, Ltd.

**Defendant**

Teva Pharmaceuticals USA, Inc.

**Defendant**

Cephalon, Inc.

**Defendant**

Janssen Pharmaceuticals, Inc.

**Defendant**

Ortho–McNeil–Janssen Pharmaceuticals, Inc.

**Defendant**

Noramco, Inc.

**Defendant**

Mallinckrodt plc

**Defendant**

Mallinckrodt LLC

**Defendant**

Johnson & Johnson

**Defendant**

Endo Health Solutions, Inc.

**Defendant**

Endo Pharmaceuticals, Inc.

**Defendant**

**Insys Therapeutics, Inc.**

**Defendant**

**Insys Pharma, Inc.**

**Defendant**

**Allergan plc**

**Defendant**

**Actavis plc**

**Defendant**

**Actavis, Inc.**

**Defendant**

**Actavis LLC**

**Defendant**

**Actavis Pharma Inc.**

**Defendant**

**Watson Pharmaceuticals, Inc.**

**Defendant**

**Watson Pharma, Inc.**

**Defendant**

**Watson Laboratories, Inc.**

**Defendant**

**McKesson Corporation**

**Defendant**

**Cardinal Health 110, LLC**

**Defendant**

**Harvard Drug Company, LLC, The**
*doing business as*
Major Pharmaceuticals
*doing business as*
Rugby Laboratories

**Defendant**

**AmerisourceBergen Drug Corporation**

**Defendant**

**H.D. Smith Wholesale Drug Company**

**Defendant**

**H.D. Smith, LLC**

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 03/12/2019 | Ï 1 | COMPLAINT with Jury Demand against All Defendants (paid $400 filing fee; receipt number 1085−2027319) by County Commission of Okmulgee County, Oklahoma, The (Barron, Bradford) (Entered: 03/12/2019) |
| 03/14/2019 | Ï 2 | CIVIL COVER SHEET by County Commission of Okmulgee County, Oklahoma, The (Barron, Bradford) (Entered: 03/14/2019) |
| 03/27/2019 | Ï 3 | MINUTE ORDER by Court Clerk , directing James Dennis Young to file by 4/26/2019 a Motion for Admission Pro Hac Vice per Local Civil Rule 83.2. Additionally, if you intend to practice in this district in the future and want to become a member of this district, please submit an application for attorney admission. (This entry is the Official Order of the Court. No document is attached.) (eaw, Dpty Clk) (Entered: 03/27/2019) |
| 03/28/2019 | Ï 4 | ***Remark: *Received Conditional Transfer Order from MDL re: stay is lifted* (jln, Dpty Clk) (Entered: 03/28/2019) |
| 03/28/2019 | Ï 5 | ***Remark: *Received Minute Order from MDL re: transferee clerk to transmit a certified copy of the Panel Order to transfer to the district court from which the action is being transferred.* (jln, Dpty Clk) (Entered: 03/28/2019) |
| 03/28/2019 | Ï 6 | ORDER *by Jeffery N Luthi, Clerk of the MDL Panel*, transferring case (terminates case) (jln, Dpty Clk) (Entered: 03/28/2019) |
| 03/28/2019 | Ï | ***Civil Case Terminated (see document number 6 ) (sac−qc, Dpty Clk) (Entered: 03/29/2019) |